

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-20-00107-CV

Douglas **HEDRICK** and Mark Hedrick,
Appellants

v.

**JBRF, LLC**; Lonestar Handguns, LLC; Joshua Felker; August C. Golla; and Debra S. Golla,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00267
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This case was submitted on briefs on February 9, 2021.  On June 28, 2021, the parties filed a joint motion to abate this appeal for thirty days to give the parties time to finalize a tentative settlement agreement.

The joint motion to abate this appeal is GRANTED.  *See Transp. Ins. Co. v. Faircloth*, 898 S.W.2d 269, 280 (Tex. 1995) ("Public policy favors the amicable settlement of controversies.").

We ABATE this appeal until July 28, 2021.

We ORDER Appellants to file in this court not later than July 28, 2021, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

It is so **ORDERED** on June 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court